■ ALIMENTA S. A. et al., Appellants, v SOCIETE GENERALE DE SURVEILLANCE S. A., Respondent.—Orders, Supreme Court, New York County (Herman Cahn, J.), entered on September 29, 1988 and October 21, 1988, respectively, unanimously affirmed for the reasons stated by Herman Cahn, J., without

costs and without disbursements. Concur—Murphy, P. J., Ross, Milonas, Kassal and Rubin, JJ.